# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-mc-00197-JLK

MARK FITZHENRY, on behalf of himself and others similarly situated,

    Plaintiff,

v.

THE ADT CORPORATION (f/k/a ADT Security Services, Inc.) and SECURITY SOLUTIONS INC.

    Defendants.

## ORDER DISMISSING INSTANT ANCILLARY ACTION

Kane, J.

    This case concerns a now dismissed underlying action in the Southern District of Florida, Case No. 14-80180-Civ. As the underlying action has been voluntarily dismissed, this ancillary action is MOOT. Accordingly, I ORDER that this action be DISMISSED WITHOUT PREJUDICE.

DATED:    December 9, 2014        BY THE COURT:

                                                        *s/John L. Kane*
                                                        John L. Kane, U.S. Senior District Judge